# UNITED STATES DISTRICT COURT
for the
District of New Jersey

UNITED STATES OF AMERICA
    *Plaintiff*

v.

MIGUEL ANGEL VASQUEZ
    *Defendant*

RECEIVED

JAN 23 2020

ZAHID N. QURAISHI
U.S. MAGISTRATE JUDGE

Case No. MAG- 20-14004(ZNQ)

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __23rd__ day of __JANUARY__, 2020,

ORDERED that __Andrea Bergman__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
ZAHID N. QURAISHI, U.S.M.J.